■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BAULINO GARCIA, Appellant. [874 NYS2d 856]—Judgment, Supreme Court, New York County (Michael Obus, J.), rendered on or about November 2, 2006, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Catterson, McGuire, Moskowitz and Acosta, JJ.